UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THOMAS W. S. RICHEY,<br><br>                  Plaintiff,<br><br>   v.<br><br>DONNA DIXON,<br><br>                  Defendant. | NO.  C12-5194 RJB/KLS<br><br>**REPORT AND RECOMMENDATION**<br>**NOTED FOR:  OCTOBER 19, 2012** |

Before the Court is the parties' Stipulated Motion to Dismiss with prejudice and without costs or fees to any party. ECF No. 14. The motion is based on the parties' Release and Settlement Agreement. *Id.*, Exhibit 1. The Court being fully advised and having examined the records and files herein, does hereby recommend that the Stipulated Motion (ECF No. 14) should be granted and this matter dismissed with prejudice.

**CONCLUSION**

The parties have agreed to dismiss this action. The Court should enter an order of dismissal with prejudice, without costs or fees to any party.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the

1  time limit imposed by Rule 72(b), the clerk is directed to set the matter for consideration on
2  **October 19, 2012,** as noted in the caption.

    **DATED** this  27th  day of September, 2012.

                                            /s/ Karen L. Strombom
                                            Karen L. Strombom
                                            United States Magistrate Judge

REPORT AND RECOMMENDATION - 2