The Honorable Robert J. Bryan
Magistrate Judge Karen L. Strombom

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| THOMAS W. S. RICHEY,<br><br>                Plaintiff,<br><br>  v.<br><br>DONNA DIXON,<br><br>                Defendant. | NO. C12-5194 RJB/KLS<br><br>STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE |

Pursuant to the stipulated motion to dismiss and the settlement agreement of the Parties, which has been filed with the Court, it is hereby ordered that this action is dismissed with prejudice and without costs or fees to any party. This Court shall retain jurisdiction to enforce the terms of the settlement agreement in this action.

DATED this 22nd day of October, 2012.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

DATED this 25th day of September, 2012.  DATED this 7th day of September, 2012.
Presented by:

S /  _____  S / _____
KEVIN C. ELLIOTT, WSBA #40595         THOMAS RICHEY
Assistant Attorney General            Plaintiff, Pro Se

STIPULATED ORDER DISMISSING
ACTION WITH PREJUDICE
NO. C12-5194 RJB/KLS

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue
Spokane, WA 99201-1194
(509) 456-3123